# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

Search Description:
Search for: sha.17643   Search by: Matter ID   Stage: (all)   Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 4/6/2016** | | | | |
| 4/6/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with client to gather information for<br>complaint | T | 0.7000 |
| | | | Date: 4/6/2016 | 0.7000 |
| **Date: 4/7/2016** | | | | |
| 4/7/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise and finalize draft of complaint and send to<br>co-counsel | T | 0.7000 |
| | | | Date: 4/7/2016 | 0.7000 |
| **Date: 4/14/2016** | | | | |
| 4/14/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise complaint, discuss with associate | T | 1.8000 |
| | | | Date: 4/14/2016 | 1.8000 |
| **Date: 4/15/2016** | | | | |
| 4/15/2016 | TK | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Research various corporate entities | T | 2.1000 |
| 4/15/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise complaint as per partner suggestions | T | 0.3000 |
| | | | Date: 4/15/2016 | 2.4000 |
| **Date: 4/18/2016** | | | | |
| 4/18/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel and partner<br>regarding Dunkin Donuts stores as separate<br>corporations | T | 0.7000 |
| | | | Date: 4/18/2016 | 0.7000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|---------------------------------------------------------|------------------------|-------|
| | | | Date: 4/18/2016 | 0.7000 |

**Date: 4/19/2016**

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units |
|------|------|---------------------------------------------------|---------------------|-------|
| 4/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with c-counsel regarding breadth of<br>similarly situated employees | T | 0.3000 |
| | | | Date: 4/19/2016 | 0.3000 |

**Date: 4/21/2016**

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units |
|------|------|---------------------------------------------------|---------------------|-------|
| 4/21/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise complaint regarding entities and review<br>summons and other filing documents | T | 0.8000 |
| | | | Date: 4/21/2016 | 0.8000 |

**Date: 4/22/2016**

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units |
|------|------|---------------------------------------------------|---------------------|-------|
| 4/22/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Analysis of additional entities to be included as<br>defendants and correspond with co-counsel | T | 0.3000 |
| 4/22/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Confer wtih associate regarding unnamed entities<br>potentially liable | T | 0.3000 |
| | | | Date: 4/22/2016 | 0.6000 |

**Date: 5/3/2016**

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units |
|------|------|---------------------------------------------------|---------------------|-------|
| 5/3/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise complaint regarding additional defendants | T | 0.3000 |
| 5/3/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare Civil Cover Sheet | T | 0.2000 |
| | | | Date: 5/3/2016 | 0.5000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 5/4/2016** | | | | |
| 5/4/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Finalize and file complaint | T | 0.4000 |
| 5/4/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>ReviewRule T3 Notice | T | 0.1000 |
| | | | Date: 5/4/2016 | 0.5000 |
| **Date: 5/6/2016** | | | | |
| 5/6/2016 | SH | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with Inter-county regarding service of<br>complaint | T | 0.1000 |
| | | | Date: 5/6/2016 | 0.1000 |
| **Date: 5/12/2016** | | | | |
| 5/12/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Confer with associate on case regarding collective<br>action motion | T | 0.4000 |
| 5/12/2016 | CLD | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Confer with associate on case regarding collective<br>action motion | T | 0.4000 |
| | | | Date: 5/12/2016 | 0.8000 |
| **Date: 5/13/2016** | | | | |
| 5/13/2016 | CLD | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Research review and analyze the law on collective<br>action motions and how to file/prepare in order to<br>prepare one on this matter | T | 2.8000 |
| 5/13/2016 | CLD | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review and analyze complaint in this matter in order<br>to prepare to draft motion on collective action | T | 1.6000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| | | Date: 5/13/2016 | | 4.4000 |

**Date: 5/16/2016**

| 5/16/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with attorney for Canyon regarding<br>demand | T | 0.3000 |
| | | Date: 5/16/2016 | | 0.3000 |

**Date: 5/17/2016**

| 5/17/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding demand to<br>be made to defendant | T | 0.3000 |
| | | Date: 5/17/2016 | | 0.3000 |

**Date: 5/19/2016**

| 5/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant regarding stipulation,<br>service of complaint and demand | T | 0.3000 |
| | | Date: 5/19/2016 | | 0.3000 |

**Date: 5/20/2016**

| 5/20/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Analysis with breakdown of damages | T | 0.4000 |
| | | Date: 5/20/2016 | | 0.4000 |

**Date: 5/24/2016**

| 5/24/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding demand<br>on defendants | T | 0.3000 |
| | | Date: 5/24/2016 | | 0.3000 |

# Stagg, Terenzi, Confusione & Wabnik, LLP
## Transactions Listing Report

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------------------------------------------------------|------------------------|-------|

**Date: 5/26/2016**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 5/26/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with adversary regarding answers | T | 0.1000 |
| 5/26/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant regarding stipulation<br>extending time to answer, review stipulation | T | 0.2000 |
| 5/26/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review order granting Canyon, etc. extension of time<br>to answer | T | 0.1000 |
| | | | Date: 5/26/2016 | 0.4000 |

**Date: 6/3/2016**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 6/3/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding client's<br>actions and settlement amount | T | 0.4000 |
| | | | Date: 6/3/2016 | 0.4000 |

**Date: 6/8/2016**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 6/8/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with co-counsel and defendant counsel<br>regarding demand and extensions to answer | T | 0.3000 |
| | | | Date: 6/8/2016 | 0.3000 |

**Date: 6/10/2016**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 6/10/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant attorney regarding<br>demand | T | 0.4000 |
| | | | Date: 6/10/2016 | 0.4000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------------------------------------------------------|------------------------|-------|
| **Date: 6/13/2016** | | | | |
| 6/13/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Update partner regarding defendants request for mediation | T | 0.3000 |
| 6/13/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review application for premotion conference | T | 0.2000 |
| | | | Date: 6/13/2016 | 0.5000 |
| **Date: 6/14/2016** | | | | |
| 6/14/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review order regarding premotion conference, review judge's rules regarding response | T | 0.3000 |
| | | | Date: 6/14/2016 | 0.3000 |
| **Date: 6/17/2016** | | | | |
| 6/17/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding mediatation and opposing pre-motion letter to dismiss; analyze resume of mediator | T | 0.4000 |
| | | | Date: 6/17/2016 | 0.4000 |
| **Date: 6/20/2016** | | | | |
| 6/20/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant regarding mediation | T | 0.3000 |
| | | | Date: 6/20/2016 | 0.3000 |
| **Date: 6/22/2016** | | | | |
| 6/22/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with adversary regarding stipulation extending time to answer | T | 0.1000 |

Search Description:
Search for: sha.17643   Search by: Matter ID  Stage: (all)  Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------------------------------------------------------|------------------------|-------|
| 6/22/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft response to pre-motion letter | T | 1.5000 |
| 6/22/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Research for response to pre-motion letter | T | 0.4000 |
| 6/22/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise response to pre-motion letter | T | 0.4000 |
| | | | Date: 6/22/2016 | 2.4000 |

### Date: 6/23/2016

| Date | Prof | Narrative | Component Task Code | Units |
|------|------|-----------|---------------------|-------|
| 6/23/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with adversary regarding stipulation<br>extending time to answer | T | 0.1000 |
| 6/23/2016 | CLD | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Research and draft collective action motion | T | 2.0000 |
| | | | Date: 6/23/2016 | 2.1000 |

### Date: 6/28/2016

| Date | Prof | Narrative | Component Task Code | Units |
|------|------|-----------|---------------------|-------|
| 6/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Conference with judge regarding pre-motion request<br>by defendants | T | 0.5000 |
| 6/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel to get information<br>from client | T | 0.3000 |
| 6/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant attorney regarding<br>mediation | T | 0.4000 |
| | | | Date: 6/28/2016 | 1.2000 |

Search Description:
Search for: sha.17643   Search by: Matter ID   Stage: (all)   Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 6/29/2016** | | | | |
| 6/29/2016 | AT | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft Motion for Collective Action Under 29 U.S.C.<br>sec. 216(b) | T | 6.2500 |
| | | | Date: 6/29/2016 | 6.2500 |
| **Date: 6/30/2016** | | | | |
| 6/30/2016 | AT | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft Motion for Collective Action Under 29 U.S.C.<br>sec. 216(b) | T | 2.9000 |
| 6/30/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with client to gather information for<br>amended complaint and to oppose motions to<br>dismiss | T | 0.7000 |
| | | | Date: 6/30/2016 | 3.6000 |
| **Date: 7/4/2016** | | | | |
| 7/4/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft strategy e-mail regarding amending complaint | T | 0.4000 |
| 7/4/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants attorneys regarding<br>claims | T | 0.3000 |
| | | | Date: 7/4/2016 | 0.7000 |
| **Date: 7/6/2016** | | | | |
| 7/6/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant regarding stipulation | T | 0.3000 |
| | | | Date: 7/6/2016 | 0.3000 |

Search Description:
Search for: sha.17643   Search by: Matter ID  Stage: (all)  Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 7/7/2016** | | | | |
| 7/7/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant regarding claims and<br>stipulation | T | 0.2000 |
| | | Date: 7/7/2016 | | 0.2000 |
| **Date: 7/11/2016** | | | | |
| 7/11/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise application for premotion conference to<br>amend complaint | T | 0.2000 |
| 7/11/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft pre-motion letter to court regarding motion to<br>amend complaint | T | 1.2000 |
| 7/11/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconferences with several defendants regarding<br>pre-motion letter | T | 0.5000 |
| | | Date: 7/11/2016 | | 1.9000 |
| **Date: 7/15/2016** | | | | |
| 7/15/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Perform revised damages calculation | T | 0.4000 |
| | | Date: 7/15/2016 | | 0.4000 |
| **Date: 7/20/2016** | | | | |
| 7/20/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with attorneys for defendants regarding<br>stipulation | T | 0.1000 |
| | | Date: 7/20/2016 | | 0.1000 |

Search Description:
Search for: sha.17643   Search by: Matter ID   Stage: (all)   Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|-----------------------------------------------------------|------------------------|-------|

**Date: 7/21/2016**

| 7/21/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding mediation<br>and revised demands | T | 0.3000 |
| 7/21/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft damages calculation for claim against Ho, Inc. | T | 0.4000 |
| | | | Date: 7/21/2016 | 0.7000 |

**Date: 7/22/2016**

| 7/22/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Work on settlement with Ho, Inc. | T | 0.2000 |
| 7/22/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding mediation,<br>settlement and damages calculations | T | 0.4000 |
| | | | Date: 7/22/2016 | 0.6000 |

**Date: 7/25/2016**

| 7/25/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant several times regarding<br>mediation | T | 0.3000 |
| 7/25/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with Ho, Inc. defendant regarding<br>demand | T | 0.3000 |
| | | | Date: 7/25/2016 | 0.6000 |

**Date: 7/28/2016**

| 7/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant regarding stipulation | T | 0.1000 |

Search Description:
Search for: sha.17643    Search by: Matter ID   Stage: (all)  Type: Fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|-----------------------------------------------------|------------------------|-------|
| 7/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant regarding mediation<br>and demand | T | 0.4000 |
| 7/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review mediation letter drafted by defendants | T | 0.2000 |
| | | | Date: 7/28/2016 | 0.7000 |

### Date: 7/29/2016

| Date | Prof | | Component<br>Task Code | Units |
|------|------|--|------------------------|-------|
| 7/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review and correspond with defendant HO attorney<br>regarding stipulation extending time to answer | T | 0.1000 |
| 7/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review and correspond with Canyon defendants<br>regarding stipulation extending time to answer | T | 0.1000 |
| 7/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with various defendants regarding<br>extension to answer complaint and stipulations for<br>withdrawal | T | 0.3000 |
| 7/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review letter requesting mediation | T | 0.2000 |
| | | | Date: 7/29/2016 | 0.7000 |

### Date: 8/3/2016

| Date | Prof | | Component<br>Task Code | Units |
|------|------|--|------------------------|-------|
| 8/3/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond regarding mediation date and<br>teleconference with Ho, Inc. attorney regarding<br>mediation | T | 0.3000 |
| | | | Date: 8/3/2016 | 0.3000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|---------------------------------------------------------|------------------------|-------|
| **Date: 8/4/2016** | | | | |
| 8/4/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft amended complaint | T | 1.8000 |
| | | | Date: 8/4/2016 | 1.8000 |
| **Date: 8/8/2016** | | | | |
| 8/8/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise amended complaint | T | 0.7000 |
| | | | Date: 8/8/2016 | 0.7000 |
| **Date: 8/9/2016** | | | | |
| 8/9/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with Judge Bianco regarding courtesy<br>copy of plaintiffs' Amended Complaint | T | 0.1000 |
| | | | Date: 8/9/2016 | 0.1000 |
| **Date: 8/12/2016** | | | | |
| 8/12/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with court regarding adjournment of<br>settlement conference | T | 0.1000 |
| | | | Date: 8/12/2016 | 0.1000 |
| **Date: 8/15/2016** | | | | |
| 8/15/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant attorney regarding<br>settlement conference | T | 0.2000 |
| | | | Date: 8/15/2016 | 0.2000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 8/19/2016** | | | | |
| 8/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant attorney regarding<br>adjournment of settlement conference | T | 0.2000 |
| | | Date: 8/19/2016 | | 0.2000 |
| **Date: 8/31/2016** | | | | |
| 8/31/2016 | SH | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with adversary (Milber Makris) regarding<br>stipulation extending time to answer amended<br>complaint | T | 0.1000 |
| | | Date: 8/31/2016 | | 0.1000 |
| **Date: 9/9/2016** | | | | |
| 9/9/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review audio recordings | T | 0.4000 |
| | | Date: 9/9/2016 | | 0.4000 |
| **Date: 9/14/2016** | | | | |
| 9/14/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review audio in advance of mediation | T | 0.3000 |
| | | Date: 9/14/2016 | | 0.3000 |
| **Date: 9/20/2016** | | | | |
| 9/20/2016 | SM | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Analyze and translate audio clip in preparation for<br>mediation | T | 0.7000 |
| 9/20/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review transcripts of audio records in advance of<br>mediation | T | 0.4000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 9/20/2016 | KB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Analyze conversation between Manager and Nick to<br>prepare transcript | T | 1.3000 |
| 9/20/2016 | KB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Analyze conversation between Manager and<br>employee to prepare transcript | T | 1.3000 |
| | | | Date: 9/20/2016 | 3.7000 |

*Date: 9/23/2016*

| Date | Prof | | Task Code | Units |
|------|------|------|------|------|
| 9/23/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with attorney from Ho, Inc. regarding<br>settlement | T | 0.3000 |
| 9/23/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review documents produced by defendants<br>regarding schedules for Sunday | T | 0.3000 |
| | | | Date: 9/23/2016 | 0.6000 |

*Date: 9/26/2016*

| Date | Prof | | Task Code | Units |
|------|------|------|------|------|
| 9/26/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft mediation statement for settlement conference | T | 2.0000 |
| 9/26/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconferences with defendant attorneys regarding<br>settlement position | T | 0.4000 |
| 9/26/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding strategy<br>for mediation | T | 0.3000 |
| | | | Date: 9/26/2016 | 2.7000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 9/27/2016** | | | | |
| 9/27/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare for mediation by reviewing records,<br>pleadings, damages analysis and mediation<br>statement | T | 0.6000 |
| 9/27/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Appear at mediation and successfully settled case | T | 5.0000 |
| | | | Date: 9/27/2016 | 5.6000 |
| **Date: 9/28/2016** | | | | |
| 9/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare consent form to magistrate and correspond<br>with defendants regarding same | T | 0.1000 |
| 9/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Several teleconferences with Ho, Inc. defendants<br>regarding settlement | T | 0.4000 |
| 9/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding settlement<br>agreement and settlement with Ho, Inc. | T | 0.4000 |
| 9/28/2016 | KB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare settlement agreement as to Canyon<br>defendants | T | 1.0000 |
| | | | Date: 9/28/2016 | 1.9000 |
| **Date: 9/29/2016** | | | | |
| 9/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft settlement agreement | T | 1.0000 |
| 9/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with defendant attorney for Ho, Inc | T | 0.3000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------|--------|-------|
| | | regarding settlement | | |
| | | Date: 9/29/2016 | | 1.3000 |

**Date: 9/30/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------|--------|-------|
| 9/30/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise settlement agreement | T | 0.3000 |
| | | Date: 9/30/2016 | | 0.3000 |

**Date: 10/3/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------|--------|-------|
| 10/3/2016 | SH | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with adversary regarding stipulation<br>extending time to answer | T | 0.1000 |
| 10/3/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Negotiate with Ho, Inc. defendants to resolve case | T | 0.3000 |
| | | Date: 10/3/2016 | | 0.4000 |

**Date: 10/4/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------|--------|-------|
| 10/4/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Draft settlement agreement resolving case for<br>Canyon Defendants | T | 1.2000 |
| | | Date: 10/4/2016 | | 1.2000 |

**Date: 10/5/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------|--------|-------|
| 10/5/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding settlement<br>of Ho, Inc. case | T | 0.3000 |
| | | Date: 10/5/2016 | | 0.3000 |

**Date: 10/6/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------|--------|-------|
| 10/6/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise settlement agreement and send to defendant | T | 0.3000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------------------------------------------------------------|--------|-------|
| 10/6/2016 | KB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare joint letter asking Judge to approve<br>proposed settlement agreement to ensure that the<br>agreement is fair to Plaintiffs | T | 1.3000 |
| | | Date: 10/6/2016 | | 1.6000 |

**Date: 10/7/2016**

| Date | Prof | MatterID/Client Sort | Task Code | Units |
|------|------|----------------------|-----------|-------|
| 10/7/2016 | KB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare settlement agreement as to HO 110, Inc.<br>Defendant | T | 0.8000 |
| | | Date: 10/7/2016 | | 0.8000 |

**Date: 10/10/2016**

| Date | Prof | MatterID/Client Sort | Task Code | Units |
|------|------|----------------------|-----------|-------|
| 10/10/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise letter to send to court regarding approval of<br>settlement | T | 0.6000 |
| 10/10/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise settlement agreement in Ho, Inc. case | T | 0.5000 |
| | | Date: 10/10/2016 | | 1.1000 |

**Date: 10/11/2016**

| Date | Prof | MatterID/Client Sort | Task Code | Units |
|------|------|----------------------|-----------|-------|
| 10/11/2016 | DLW | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise letter to court regarding accepting settlement | T | 0.3000 |
| | | Date: 10/11/2016 | | 0.3000 |

**Date: 10/13/2016**

| Date | Prof | MatterID/Client Sort | Task Code | Units |
|------|------|----------------------|-----------|-------|
| 10/13/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants regarding settlement<br>agreements | T | 0.3000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 10/13/2016 | KB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare letter to court for approval of settlement as<br>to H0 100, Inc. defendants to ensure settlement is<br>fair to Plaintiffs | T | 0.8000 |
| | | | Date: 10/13/2016 | 1.1000 |

**Date: 10/19/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 10/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with Canyon Defendants regarding<br>settlement agreement and letter to court for approval | T | 0.2000 |
| 10/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise letter to be sent to court regarding approval of<br>settlement and correspond with HO, Inc. defendants<br>regarding settlement agreement | T | 0.3000 |
| | | | Date: 10/19/2016 | 0.5000 |

**Date: 10/26/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 10/26/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review changes to settlement agreement made by<br>Canyon Defendants and correspond with co-counsel<br>regarding what changes we could accept | T | 0.6000 |
| | | | Date: 10/26/2016 | 0.6000 |

**Date: 10/27/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 10/27/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with co-counsel and partner regarding<br>settlement agreement and send e-mail to defendants | T | 0.2000 |
| | | | Date: 10/27/2016 | 0.2000 |

**Date: 10/28/2016**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| 10/28/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant regarding settlement | T | 0.2000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------------------------------------------------------|------------------------|-------|
| | | agreement | | |
| | | Date: 10/28/2016 | | 0.2000 |

**Date: 11/2/2016**

| 11/2/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants regarding settlement<br>agreements | T | 0.3000 |
| | | Date: 11/2/2016 | | 0.3000 |

**Date: 11/3/2016**

| 11/3/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Review revisions made by defendant attorneys on<br>letter and settlement agreement | T | 0.4000 |
| | | Date: 11/3/2016 | | 0.4000 |

**Date: 11/4/2016**

| 11/4/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants regarding changes in<br>settlement agreement | T | 0.3000 |
| | | Date: 11/4/2016 | | 0.3000 |

**Date: 11/8/2016**

| 11/8/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with both defendants regarding<br>settlement agreement and finalizing settlement<br>agreement | T | 0.3000 |
| | | Date: 11/8/2016 | | 0.3000 |

**Date: 11/9/2016**

| 11/9/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Confirm that settlement agreements are final and<br>send to client for signature | T | 0.3000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|--------------------------------------------------------|------------------------|-------|
| | | | Date: 11/9/2016 | 0.3000 |

**Date: 11/16/2016**

| 11/16/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Revise letter to court regarding approval of<br>settlement | T | 0.3000 |
| | | | Date: 11/16/2016 | 0.3000 |

**Date: 11/29/2016**

| 11/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with attorneys for defendant Ho 110 Inc.<br>regarding settlement agreement signed by plaintiffs | T | 0.1000 |
| 11/29/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with attorneys for Canyon Defendants to<br>forward settlement agreement executed by plaintiffs | T | 0.1000 |
| | | | Date: 11/29/2016 | 0.2000 |

**Date: 11/30/2016**

| 11/30/2016 | SH | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with Canyon Defendants regarding<br>stipulation extending time to answer | T | 0.1000 |
| 11/30/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants regarding signed<br>settlement agreement and the filing of the letter<br>seeking approval | T | 0.2000 |
| | | | Date: 11/30/2016 | 0.3000 |

**Date: 12/9/2016**

| 12/9/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Follow up e-mails to defendants regarding settlement<br>agreement | T | 0.2000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| | | Date: 12/9/2016 | | 0.2000 |

**Date: 12/15/2016**

| 12/15/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding delay in<br>getting settlement agreements | T | 0.2000 |
| | | Date: 12/15/2016 | | 0.2000 |

**Date: 12/16/2016**

| 12/16/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendant regarding executed<br>settlement, review executed settlement and finalize<br>letter for court approval | T | 0.4000 |
| | | Date: 12/16/2016 | | 0.4000 |

**Date: 12/19/2016**

| 12/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with Andy Laufer regarding W-4 and W-9<br>forms | T | 0.1000 |
| 12/19/2016 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with HO defendant regarding letter to be<br>submitted to court | T | 0.2000 |
| | | Date: 12/19/2016 | | 0.3000 |

**Date: 1/19/2017**

| 1/19/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants and co-counsel<br>regarding settlement conference | T | 0.3000 |
| | | Date: 1/19/2017 | | 0.3000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 1/26/2017** | | | | |
| 1/26/2017 | SA | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Analyze settlement agreement in preparation for<br>upcoming hearing | T | 0.3000 |
| | | Date: 1/26/2017 | | 0.3000 |
| **Date: 1/30/2017** | | | | |
| 1/30/2017 | SA | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Further analyze both settlement agreements in<br>preparation for upcoming court conference | T | 0.5000 |
| 1/30/2017 | SA | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Appear for court conference regarding settlement<br>agreements | T | 2.3000 |
| 1/30/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Strategize with co-counsel how to rectify problems<br>with settlement agreements as set forth by judge | T | 0.4000 |
| | | Date: 1/30/2017 | | 3.2000 |
| **Date: 1/31/2017** | | | | |
| 1/31/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with co-counsel regarding<br>submission needed to be made to have settlement<br>approved | T | 0.4000 |
| | | Date: 1/31/2017 | | 0.4000 |
| **Date: 2/1/2017** | | | | |
| 2/1/2017 | LB | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Prepare chart of tasks, time, and costs in order to<br>prepare to the court | T | 4.2000 |
| | | Date: 2/1/2017 | | 4.2000 |

Search Description:
contain matter id sha and fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units |
|------|------|------|------|------|
| **Date: 2/3/2017** | | | | |
| 2/3/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Teleconference with client to discuss submission<br>that needs to be made regarding settlement | T | 0.3000 |
| 2/3/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with co-counsel setting forth information<br>needed for chart to be submitted to the court | T | 0.2000 |
| | | | Date: 2/3/2017 | 0.5000 |
| **Date: 2/6/2017** | | | | |
| 2/6/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with defendants and submit letter for<br>extension of time to submit application to approve<br>settlement | T | 0.3000 |
| | | | Date: 2/6/2017 | 0.3000 |
| **Date: 2/10/2017** | | | | |
| 2/10/2017 | DRE | SHA.17643 / Shahzad, Khurran and Nasreen, Abida<br>Shahzad, Khurram and Nasreen, Abida v. Canyon<br>Correspond with adversaries regarding release<br>language | T | 0.1000 |
| | | | Date: 2/10/2017 | 0.1000 |
| | | | Grand Total | 82.7500 |

Shahzad – Hour Sheet -  Nasreen et al v. Canyon Properties, Inc. et al

1. Retained – January 19, 2016 – Initial intake – 2 hours.

2. Review of payroll docs – Mtg with clients – January 21, 2016 – 4 hours.

3. P/C with clients – January 27, 2016 – re:  status of case-- .5 hours.

4. Mtg. with client and Ehrlich February 24, 2016 – 2 hours.

5.  Review and analyzing additional docs and recordings. March 9, 2016-- 4 hours.

6.  Client Mtg, re-retained March 15, 2016 – 2 hours.

7.  Legal Research – Wage/Hour – Quantum of damages. – March 30, 2016-- 4.5 hours.

8. Drafting/Review of Complaint – April 6, 2016 – 3.5 hours.

9. Drafting/Review Complaint – April 21, 2016 – 2.0 hours.

10.  P/C w/ client – Complaint/status. – April 27, 2016-- .75 hours.

11.  Draft/Review Complaint – Ehrlich – May 2, 2016 – 2.5 hours

12. Complaint file/Service – Ehrlich P/Cs w/ client and Ehrlich May 3, 2016 – 1.0

13. Phone conference w/ all counsel --

14. P/c with client re status – May 19, 2016 - .5

15. P/ C with counsel/court re Ct order of June 14, 2016 – June 28, 2016-- 1.5

16. June 22, 2016 – Draft Opp re pre motion conference – Rule 12. Finalized and Filed by Ehrlich June 23, 2016

17.  P/C with client re:  status – July 14, 2016-- 1.0

18. P/C w Ehrlich re Motion to Amend Complaint July 15, 2016 -- .5

19.  P/C w Ehrlich and Clients re pot settlement – July 21, 2016 – 1.0

20.  Finalize Review Amended Complaint P/C w Ehrlich – August 4, 2016 – 1.5

21.  P/C w counsel re: Settlement Conf. – August 10, 2016

22. P/C w parties re:  Settlement Conf. – September 6, 2016

23. P/C w Ehrlich – Defendants rescheduling of Conf. Ltr to court – September 15, 2016.

24. Settlement Conf before Mag Locke – 6 hours. Case settled. File for approval of settlement September 27, 2016.

25. PC with client re: Status of settlement/payment. November 16, 2016 -- .5

26. Settlement Doc review – November 22, 2016 – 2.5

26. PC with Ehrlich re: Settlement Docs December 14, 2016-- .5

27. PC with Client re: Settlement Status – January 18, 2016-- .5

28. Settlement Conf – January 30, 2017 – PC w Ehrlich -- .25

27. PC with Ehrlich re: refiling Settlement docs for court appr.-- February 2, 2017 -- .5

28. PC with Client re: Status of Settlement-February 3, 2017-- .5